[No. 33132-6-III.   Division Three.   June 14, 2016.]

*In the Matter of the Custody of* M.S. ET AL.

TRACY CRISWELL, *Petitioner*, v. THE DIVISION OF CHILDREN AND FAMILY SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 14-3-00317-4, John W. Lohrmann, J., entered January 16, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 33202-1-III.   Division Three.   June 14, 2016.]

MICHAEL A. BOISE, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-2-01176-5, Alex Ekstrom, J., entered February 18, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.

[No. 33215-2-III.   Division Three.   June 14, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBERT RUSSELL ELLISON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-04077-9, Gregory D. Sypolt, J., entered March 13, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Lawrence-Berrey, JJ.